DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**THOMAS FARESE,**
Appellant,

v.

**ALAN B. AKER, M.D.,** and
**AKER KASTEN EYE CENTER, INC.,**
Appellees.

No. 4D2023-1946

[December 14, 2023]

Appeal of nonfinal order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Luis Delgado, Judge; L.T. Case No. 50-2021-CA-013575-XXXX-MB.

Thomas Farese, Fort Lauderdale, pro se.

David C. Dunham and James L. White of White & Russell, P.A., Palm Beach Gardens, for appellees.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., DAMOORGIAN and CIKLIN, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***